

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Appellate case name:        Marsha Bennett v. Raymond P. Jenkins, Walter Lucas, Ceasar Moore, Jr., Juan Sanchez Munoz, and Renu Khator

Appellate case number:      01-21-00557-CV

Trial court case number:    2020-67065

Trial court:              165th District Court of Harris County

Appellant, Marsha Bennett, has filed a notice of appeal of the trial court's September 13, 2021 order granting the plea to the jurisdiction, motion to dismiss, and motion for summary judgment of appellees, Raymond P. Jenkins, Walter Lucas, Ceasar Moore, Jr., Juan Sanchez Munoz, and Renu Khator.

On March 22, 2022, appellant filed her appellant's brief. On March 29, 2022, this Court informed appellant that her March 22, 2022 appellant's brief did not comply with Texas Rule of Appellate Procedure 38.1. *See* TEX. R. APP. P. 38.1. Accordingly, the Court struck appellant's March 22, 2022 appellant's brief and ordered appellant to file a corrected brief that complied with the Texas Rules of Appellate Procedure within thirty days of the date of our order.

On March 28, 2022, appellant filed a document titled "Motion for Brief Without Argument," requesting that the Court "move forward" with her case. The motion is **denied**. Briefing is not yet complete in this case. *See* TEX. R. APP. P. 38.6; *Bolling v. Farmers Branch Indep. Sch. Dist.*, 315 S.W.3d 893, 896 (Tex. App.—Dallas 2010, no pet.) ("Only when we are provided with proper briefing may we discharge our responsibility to review the appeal and make a decision that disposes of the appeal one way or the other."). Appellant's **corrected brief remains due on or before April 28, 2022**.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                                     Acting individually

Date: ___April 7, 2022_____